Tania L. Whiteleather SBN 141227
Law Offices of Tania L. Whiteleather, Inc.
5445 E. Del Amo Blvd. Ste 207
Lakewood, CA 90712
tel (562) 866-8755     fax (562) 866-6875
tlwhiteleather@gmail.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA LOOF, RENE LOOF, and RACHEL LOOF, | CASE NO. CV 19-00245 JGB (KKx) |
| Plaintiffs, | NOTICE OF MOTION AND MOTION FOR ORDER ALLOWING WITHDRAWAL OF COUNSEL |
| v. | |
| UPLAND UNIFIED SCHOOL DISTRICT, A Local Educational Agency, | DATE: 3-9-20<br>TIME: 9:00 a.m.<br>CTRM: 1 |
| Defendant. | |

TO DEFENDANT UPLAND UNIFIED SCHOOL DISTRICT AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that, as soon as counsel may be heard on March 9, 2020 at 9:00 a.m., in Courtroom 1 of the United States District Court at 3470 Twelfth Street, Riverside, California, Tania L. Whiteleather, counsel for Plaintiffs, will move for an order allowing her to withdraw from representation of Plaintiffs in this case. judgment against Defendants on all causes of action

Counsel makes this motion on the grounds that it has become unreasonably difficult for Tania L. Whiteleather to

1

effectively carry out her employment on behalf of Plaintiffs in this matter. In such a situation, and upon consent by the parties affected, the Court may order such a withdrawal. Cal. Rules of Prof'l. Cond. 3-700(C)(1)(d).

This motion is being filed after counsel for both parties met and conferred regarding the motion, as required by Local Rule 7-3.

The motion will be based on this notice of motion, on the memorandum of points and authorities filed in support of Plaintiffs' motion, on the declaration of Tania L. Whiteleather, on any opposition and supporting pleadings, and on such oral and documentary evidence as shall be introduced at the time of the hearing.

Dated: February 6, 2020

>By: */s/ Tania L. Whiteleather*
> TANIA L. WHITELEATHER
> Attorney for Plaintiff