```
Tania L. Whiteleather SBN 141227
Law Offices of Tania L. Whiteleather, Inc.
5445 E. Del Amo Blvd. Ste 207
Lakewood, CA 90712
tel (562) 866-8755     fax (562) 866-6875
tlwhiteleather@gmail.com
```

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA LOOF, RENE LOOF, and RACHEL LOOF, | CASE NO. CV 19-00245 JGB (KKx) |
| Plaintiffs, | DECLARATION OF TANIA L. WHITELEATHER IN SUPPORT OF MOTION FOR ORDER ALLOWING WITHDRAWAL OF COUNSEL |
| v. | |
| UPLAND UNIFIED SCHOOL DISTRICT, A Local Educational Agency, | DATE: 3-9-20<br>TIME: 9:00 a.m.<br>CTRM: 1 |
| Defendant. | |

I, Tania L. Whiteleather, have personal knowledge of the following and can, if called, testify to the same in a court of law. I am the attorney of record for Plaintiffs in this matter.

Over the past several months, my clients and I have had a significant difference of opinion regarding aspects of this matter, including where the case should head and what should be done regarding the matter. I find that one of my client's positions on portions of the case are contrary to my opinion and what, as an attorney, I believe to be appropriate given the circumstances. The

differences have made it unreasonably difficult for me to prosecute this case as the difference in opinion has led to a breakdown in confidence and in agreement between me and that client.

I have consulted with my clients, the plaintiffs, and have explained my need to withdraw from representation, i.e., that we have different positions about the case such that we cannot work together.  I believe that I have explained to them the pros and cons of my withdrawal, and I know that Plaintiffs have indicated their consent to my withdrawal and an intent to obtain alternative counsel for this matter or to proceed in propria persona.

I have continued to assist Plaintiffs in the discovery and other matters related to this case and will continue to do so to avoid prejudice to their interests. I believe that it is my duty to continue to represent Plaintiffs until such time as the Court relieves me of that representation.

Plaintiffs have each provided a declaration regarding their consent to my withdrawal, but, because of their concerns and needs regarding finding new counsel, and their statements regarding pursuing the case in propria persona, I felt it appropriate to seek an order from the Court allowing my withdrawal.  The declarations from the three plaintiffs are attached hereto as Exhibit 1, 2, and 3 and are incorporated by reference.

I have attached the two United States Eastern District

Court Orders, *Ortiz v. Gerardo Alvarez*, CV 15-00535 DAD EPG (6-1-17) and *Canandaigua Wine Company, Inc. V. Moldauer*, CV 02-6599 OWW DLB (1-14-09) as Exhibits 4 and 5, respectively.

I had anticipated filing this motion sooner, after speaking with my clients, but was unable to complete it until today's date.

Executed under penalty of perjury under the laws of the State of California at Upland, California on February 6, 2020.

                                  */s/ Tania L. Whiteleather*
                                  TANIA L. WHITELEATHER