**EXHIBIT 2**

```
Tania L. Whiteleather SBN 141227
Law Offices of Tania L. Whiteleather, Inc.
5445 E. Del Amo Blvd., Ste 207
Lakewood, CA 90712
tel (562) 866-8755 fax (562) 866-6875
email: tlwhiteleather@gmail.com

Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA LOOF, RENE LOOF and RACHEL LOOF, <br><br> Plaintiffs, <br><br> v. <br><br> UPLAND UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. CV 19-0245 JGB (KKx) <br><br> DECLARATION OF RITA LOOF REGARDING MOTION FOR WITHDRAWAL OF COUNSEL <br><br> DATE: 3-9-20 <br> TIME: 9:00 a.m. <br> CTRM: 1 |

I, RITA LOOF, have personal knowledge of the following and can, if called, testify to the same in a court of law. I am a plaintiff in this matter.

I have consulted with my attorney, Tania L. Whiteleather, regarding her motion to withdraw from representation in this matter and have been advised as to the process of withdrawal and how that might affect my husband, daughter, and me.  I consent to the withdrawal of Ms. Whiteleather but ask that the Court order that the plaintiffs be given a period of time to obtain new counsel and that Ms. Whiteleather remain as counsel for

1

two months to allow us to identify and retain new counsel.

Executed under penalty of perjury under the laws of the State of California at Upland, California on January 14, 2020.

*/s/ Rita Loof*
RITA LOOF