```
Tania L. Whiteleather SBN 141227
Law Offices of Tania L. Whiteleather, Inc.
5445 E. Del Amo Blvd. Ste 207
Lakewood, CA 90712
tel (562) 866-8755     fax (562) 866-6875
tlwhiteleather@gmail.com
```

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA LOOF, RENE LOOF, and RACHEL LOOF, | CASE NO. CV 19-00245 JGB (SHKx) |
| Plaintiffs, | [Proposed] ORDER ALLOWING WITHDRAWAL OF COUNSEL |
| v. | DATE: 3-9-20 |
| UPLAND UNIFIED SCHOOL DISTRICT, A Local Educational Agency, | TIME: 9:00 a.m. CTRM: 1 |
| Defendant. | |

The Court, having reviewed the motion and related pleadings filed by Tania L. Whiteleather and any other party, and after hearing regarding the motion, and finding GOOD CAUSE, hereby ORDERS that Tania L. Whiteleather may withdraw as counsel of record for Plaintiffs in this matter.

Dated: _____

_____
UNITED STATES DISTRICT
COURT JUDGE

1