# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RITA LOOF, RENE LOOF, and RACHEL LOOF, Individuals,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UPLAND UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　　　　Defendant. | Case No. EDCV 5:19-cv-245 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed concurrently herewith, the Motion for Summary Judgment filed by Upland Unified School District is GRANTED as to all of Plaintiffs' claims.

Dated: April 22, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　United States District Judge