# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA LOOF, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>UPLAND UNIFIED SCHOOL DISTRICT<br><br>Defendant(s). | CASE NUMBER:<br><br>5:19–cv–00245–JGB–KK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   7/6/2021

Document Number(s):   102

Title of Document(s):   Motion to Review and Set Aside

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

Hearing information is missing, incorrect, or not timely.

Lacking Notice of Motion

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  July 8, 2021          By:  */s/ Trina Debose  trina_debose@cacd.uscourts.gov*
                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.