Fagen Friedman & Fulfrost, LLP
1525 Faraday Avenue, Suite 300
Carlsbad, California 92008
Main 760-304-6000 • Fax 760-304-6011

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RITA LOOF, RENE LOOF and RACHEL LOOF,<br><br>    Plaintiffs,<br><br>vs.<br><br>UPLAND UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | CASE NO. 5:19-CV-00245-JGB-KKx<br><br>**ORDER DENYING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO FILE MOTION TO REVIEW THE CLERK'S TAXATION OF COSTS**<br><br>Judge: Hon. Jesus G. Bernal Crtm: 1 |

Plaintiffs' filed a request for an extension of time to allow them to file a motion to review the Clerk's taxation of costs in this case. After full consideration of the matter, this Court denies Plaintiffs' Motion for an Extension on Motion to Re-Tax Costs and Orders: Costs in the amount of $10,925.24 due and payable by Plaintiffs' to the District within 30 days.

Dated: July 8, 2021

_____
Hon. Jesus G. Bernal
Judge, United States District Court

180-195/6138841.1